FILED

07/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0235

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0235

STATE OF MONTANA,

Plaintiff and Appellee,

v.

SHELDON PATRICK TRACY,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including September 2, 2022, within which to prepare, file, and serve his reply brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 25 2022